No. 81–1282. NATIONAL ORGANIZATION FOR WOMEN, INC., ET AL. v. IDAHO ET AL. Appeal from D. C. Idaho. [Probable jurisdiction postponed, 455 U. S. 918];

No. 81–1283. NATIONAL ORGANIZATION FOR WOMEN, INC., ET AL. v. IDAHO ET AL. C. A. 9th Cir. [Certiorari before judgment granted, 455 U. S. 918];

No. 81–1312. CARMEN, ADMINISTRATOR OF GENERAL SERVICES v. IDAHO ET AL. Appeal from D. C. Idaho. [Probable jurisdiction postponed, 455 U. S. 918]; and

No. 81–1313. CARMEN, ADMINISTRATOR OF GENERAL SERVICES v. IDAHO ET AL. C. A. 9th Cir. [Certiorari before judgment granted, 455 U. S. 918.] Upon consideration of the memorandum for the Administrator of General Services suggesting mootness, filed July 9, 1982, and the responses thereto, the judgment of the United States District Court for the District of Idaho is vacated and the cases are remanded to that court with instructions to dismiss the complaints as moot. *United States* v. *Munsingwear, Inc.*, 340 U. S. 36 (1950).

No. 81–1653. UNIVERSITY OF HOUSTON ET AL. v. WILKINS ET AL. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Pullman-Standard* v. *Swint*, 456 U. S. 273 (1982), and *General Telephone Co. of Southwest* v. *Falcon*, 457 U. S. 147 (1982).

No. 81–1778. CALIFORNIA v. RUGGLES. Ct. App. Cal., 2d App. Dist. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *United States* v. *Ross*, 456 U. S. 798 (1982).